FILED
ASHEVILLE, NC

NOV 07 2025

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Western District of North Carolina | |
|---|---|---|
| Name (under which you were convicted): Jokoy T. Bell | | Docket or Case No.: |
| Place of Confinement: Mountian View Correctional Insititution #4855 | Prisoner No.: 1749586 | |
| Petitioner (include the name under which you were convicted) Jokoy T. Bell | v. Respondent (authorized person having custody of petitioner) Leslie Dismukes [see NCDAC] | |
| The Attorney General of the State of: North Carolina | | |

## PETITION

1.    (a) Name and location of court that entered the judgment of conviction you are challenging:

   From Durham Sixteenth District Superior Court, Durham County North Carolina

   (b) Criminal docket or case number (if you know): 23CRS409177

2.    (a) Date of the judgment of conviction (if you know):

   (b) Date of sentencing: Nov. 2024

3.    Length of sentence: 60 to 140 months

4.    In this case, were you convicted on more than one count or of more than one crime? ☒ Yes ☐ No

5.    Identify all crimes of which you were convicted and sentenced in this case:

   Second degree Kidnapping
   Indesent Liberties with Minor

6.    (a) What was your plea? (Check one)

   ☐ (1) Not guilty     ☐ (3) Nolo contendere (no contest)

   ☒ (2) Guilty     ☐ (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _N/A_

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury  ☒ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes  ☒ No

8. Did you appeal from the judgment of conviction?

☒ Yes  ☐ No

9. If you did appeal, answer the following:

(a) Name of court: _North Carolina Supreme Court_

(b) Docket or case number (if you know): _No. 294 P 25_

(c) Result: _Petition Denied_

(d) Date of result (if you know): _24 October 2025_

(e) Citation to the case (if you know): _N/A_

(f) Grounds raised: _Ineffective Assistance of Counsel, Prosecutorial misconduct, Failure to investigate, Failure to object, Failure to impeach witness / Allow witness, Failure to Dismiss, All viable grounds for relief_

_____

(g) Did you seek further review by a higher state court? ☒ Yes  ☐ No

If yes, answer the following:

(1) Name of court: _North Carolina Supreme Court_

(2) Docket or case number (if you know): _No. 294 P 25_

(3) Result: _Petition Denied_

_____

AO 241 (Rev. 09/17)

(4) Date of result (if you know): _24ᵗʰ October 2025_

(5) Citation to the case (if you know):

(6) Grounds raised: _Ineffective assistance of Counsel, Prosecutorial misconduct, All Viable grounds for relief._

(h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): _N/A_

(2) Result: _N/A_

(3) Date of result (if you know): _N/A_

(4) Citation to the case (if you know): _N/A_

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☒ Yes  ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _North Carolina Supreme Court_

(2) Docket or case number (if you know): _No. 294P25_

(3) Date of filing (if you know): _24 October 2025_

(4) Nature of the proceeding: _Habeas Corpus_

(5) Grounds raised: _Ineffective Assistance of Counsel Prosecutorial misconduct, Failure to Investigate Failure to object, Failure to impeach witness, Failure to Dismiss, All Viable Grounds for relief._

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?  ☐ Yes  ☒ No

(7) Result: _N/A_

(8) Date of result (if you know): N/A

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: N/A

    (2) Docket or case number (if you know): N/A

    (3) Date of filing (if you know): N/A

    (4) Nature of the proceeding: N/A

    (5) Grounds raised: N/A

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes   ☒ No

    (7) Result: N/A

    (8) Date of result (if you know): N/A

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: N/A

    (2) Docket or case number (if you know): N/A

    (3) Date of filing (if you know): N/A

    (4) Nature of the proceeding: N/A

    (5) Grounds raised: N/A

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☒ No

(7) Result: _N/A_

(8) Date of result (if you know): _N/A_

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:  ☒ Yes  ☐ No

(2) Second petition:  ☒ Yes  ☐ No

(3) Third petition:  ☐ Yes  ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_Appealed to the highest state court having Jurisdiction._

12.  For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE:  _Ineffective Assistance of Counsel Failure to investigate_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_Failed to investigate facts Concerning Charges Never provided or allowed video to show Innocence. Never spoke to witnesses, No experts or experts testing to prove or disprove Evidence. Statements taken shows other proof of innocence. Failed to receive evidence of Innocence in the form of bank statements. Stated bias Jury._

(b) If you did not exhaust your state remedies on Ground One, explain why:

_Exhausted State remedies_

(c)     **Direct Appeal of Ground One:**

       (1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes   ☒ No

       (2) If you did not raise this issue in your direct appeal, explain why: <u>Attorney failed</u>
<u>refused to file direct appeal on Case, File No</u>
<u>23 CRS 409177</u>

(d) **Post-Conviction Proceedings:**

       (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

          ☒ Yes   ☐ No

       (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: <u>Habeas Corpus</u>

Name and location of the court where the motion or petition was filed: <u>North Carolina</u>
<u>Supreme Court, Raleigh NC</u>

Docket or case number (if you know): <u>No. 294P25</u>

Date of the court's decision: <u>24 October 2025</u>

Result (attach a copy of the court's opinion or order, if available): <u>Petition Denied</u>

       (3) Did you receive a hearing on your motion or petition?    ☐ Yes   ☒ No

       (4) Did you appeal from the denial of your motion or petition?    ☐ Yes   ☒ No

       (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

       (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: <u>N/A</u>

Docket or case number (if you know): <u>N/A</u>

Date of the court's decision: <u>N/A</u>

Result (attach a copy of the court's opinion or order, if available): <u>N/A</u>

       (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

<u>N/A</u>

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: *Habeas Corpus*

**GROUND TWO:** *Ineffective Assistance of Counsel Failure to object, Failure to impeach witness*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Failed to object, Failed to get the best possible plea available. Failed to impeach Witness. Forced by Stating long term Sentence forcing to give up right of due process. Stated/promised plea to be 60 to 80 months, then told me to Just Sign plea 60 to 140 months Attorney was given less than 2 months to prepare for trial, did not have proper time to prepare. Bias Jury- Attorney refused to Want to go to trial. Failed to raise these issues to Judge, Stated DA would not Allow.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

Exhausted state remedies

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: Attorney Failed, refused to file direct appeal on Case, File No. 23CRS409177

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Habeas Corpus

Name and location of the court where the motion or petition was filed: North Carolina Supreme Court, Raleigh NC

Docket or case number (if you know): No. 294P25

Date of the court's decision: _24 October 2025_

Result (attach a copy of the court's opinion or order, if available): _Petition Denied_

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_N/A_

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : _Habeas Corpus_

**GROUND THREE:** _F Ineffective Assistance of Counsel Failure to Dissmiss_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_Failed to file to dismiss. Did not question Evidence Did not look into legal matters of other persons involved Did not produce motive. not enough time to prepare for a proper trial. failed to stay a plea agreement offend ot better plea. Forced to fore go rights of due process protected by the US Constitution. 6th Amend._

(b) If you did not exhaust your state remedies on Ground Three, explain why:

_Exhausted state remedies_

(c) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

    (2) If you did not raise this issue in your direct appeal, explain why: _Attorney failed._
_Refused to file direct appeal on case, File No_
_23CRS409177_

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

    ☒ Yes  ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Habeas Corpus_

Name and location of the court where the motion or petition was filed: _North Carolina_
_Supreme Court, Raleigh NC_

Docket or case number (if you know): _No. 294P25_

Date of the court's decision: _24 October 2025_

Result (attach a copy of the court's opinion or order, if available): _N/A_

    (3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

    (4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

    (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: *Habeas Corpus*

**GROUND FOUR:** Prosecutorial misconduct, Ineffective assistance of Counsel All viable Grounds for relief

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

District Attorney failed to provide evidence of Exculpatory in nature. Witnesses did not testify that Could have shown reasonable doubt of innocence. Gps location of Petitioner would present reasonable doubt to Court. Refused to attempt to present evidence. Constitutional rights violated to cause unfair trial.

(b) If you did not exhaust your state remedies on Ground Four, explain why:

Exhausted state remedies

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: Attorney failed, refused to file direct appeal on Case, File No 23 CRS 409177

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *Habeas Corpus*

Name and location of the court where the motion or petition was filed: _North Carolina_

_Supreme Court, Raleigh NC_

Docket or case number (if you know): _No: 294P25_

Date of the court's decision: _24 October 2025_

Result (attach a copy of the court's opinion or order, if available): _N/A_

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _N/A_

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _Habeas Corpus_

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

having jurisdiction?    ☒ Yes    ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

presenting them:    *All grounds presented to include*

*Consideration of All viable grounds afforded*

*to petitioner.*

(b)    Is there any ground in this petition that has not been presented in some state or federal court? If so, which

ground or grounds have not been presented, and state your reasons for not presenting them:

*All viable Grounds for releif*

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

that you challenge in this petition?    ☐ Yes    ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy

of any court opinion or order, if available.    *N/A*

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

the judgment you are challenging?    ☐ Yes    ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

raised.    *N/A*

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _Attorney A. Smith_
_Durham NC_

(b) At arraignment and plea: _Attorney A. Smith_
_Durham NC_

(c) At trial: _Attorney A. Smith_
_Durham NC_

(d) At sentencing: _Attorney A. Smith_
_Durham NC_

(e) On appeal: _N/A_

(f) In any post-conviction proceeding: _N/A_
_Pro Se_

(g) On appeal from any ruling against you in a post-conviction proceeding: _N/A_
_Pro Se_

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  ☐ Yes  ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_N/A_

(b) Give the date the other sentence was imposed: _N/A_

(c) Give the length of the other sentence: _N/A_

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?  ☐ Yes  ☒ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_Timeline meets statute of limitations_
_per 28 USC § 2254 (d)_

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

(A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Order the State Court to vacate Sentence and release petitioner from his imprisonment,

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on NOV. 02, 2025 (month, date, year).

Executed (signed) on 02 NOV. 2025 (date).

X _____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

N/A _____

_____

_____

_____